IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01118-KLM

MILLENIUM, INC., a Colorado corporation,

    Plaintiff,

v.

SAI DENVER M, INC., a Colorado corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Leave to Amend Answer and Affirmative Defenses** [#25] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**. The Clerk of Court shall accept Defendant's Amended Answer and Affirmative Defenses [#25-1] for filing as of the date of this Minute Order.

    Dated:  October 17, 2014