IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01118-KLM

MILLENNIUM, INC.,

    Plaintiff,

v.

SAI DENVER M, INC.,

    Defendant.

---

**FINAL JUDGMENT**

---

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order #[35], Granting in part and Denying in part the Motion and Memorandum Brief in Support of Motion for Summary Judgment #[32], filed on April 20, 2015 by the Honorable Kristen L. Mix, and incorporated herein by reference as if fully set forth, it is

    ORDERED that the Motion is granted to the extent that summary judgment shall enter in favor of Defendant and against Plaintiff with respect to the claim of copyright infringement.  It is further

    ORDERED that the motion is granted to the extent that Plaintiff's claims for breach of contract and unjust enrichment are dismissed without prejudice. It is further

    ORDERED that the Defendant's request for attorneys' fees is denied without prejudice for failure to comply with D.C.COLO.LCivR 54.3. It is further

    ORDERED that the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims for breach of contract and unjust enrichment and those claims

are accordingly dismissed without prejudice. It is further

ORDERED that the Clerk of Court is directed to close this case after entry of Final Judgment.

DATED at Denver, Colorado April 20, 2015.

FOR THE COURT:

Jeffrey P. Colwell,
Clerk of Court

By s/ L. Galera
    Courtroom Deputy